IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUOYU ROY XU, | ) |
| Plaintiff, | ) Civil Action No. 3:11-cv-00059 |
| vs. | ) Judge William J. Haynes, Jr. |
| VANDERBILT UNIVERSITY and DAVID S. KOSSON, Individually | ) JURY DEMAND |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by the Plaintiff pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this matter be, and the same is hereby, DISMISSED with prejudice. Each party will bear its or their own attorneys' fees and costs.

DATED, this 22nd day of February, 2012.

United States District Judge
William J. Haynes, Jr.